UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60482-LEIBOWITZ/AUGUSTIN-BIRCH

**GOCLIPS LLC,** and
**Z KEEPERS LLC**,

    *Plaintiffs*,

v.

**AGM TOOLS OF SOUTH FLORIDA, INC.**, *et al.*,

    *Defendants*.

_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte*. On September 24, 2024, the undersigned ordered that Plaintiffs shall submit a motion for entry of Clerk's default no later than October 15, 2024, and failure to do so may result in a dismissal without prejudice and without further notice as to all Defendants. [ECF No. 22]. To date, Plaintiffs have failed to submit a motion for entry of Clerk's default. Therefore, pursuant to the undersigned's September 24, 2024, Order [ECF No. 22], this matter is dismissed. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in the Southern District of Florida on October 16, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record